**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
OMAR LOPEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00170-LJO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ATTEND DAUGHTER'S BIRTHDAY PARTY** |
| OMAR LOPEZ, | |
| Defendant. | |

It is hereby stipulated between by the United States of America, by and through its representative, Kimberly A. Sanchez and the Defendant, Omar Lopez, by and through his attorney of record, Anthony P. Capozzi that:

1. The Defendant be allowed to attend his daughter's birthday party at Chuck E Cheese's Restaurant and Entertainment Center in Sacramento from 1:00 p.m. to 8:00 p.m. on Saturday, August 20, 2016.

2. The Defendant will be attending the birthday party with his wife, his parents, and his mother-in-law.

3. The United States Attorney's Office is not opposed to this request.

///

///

IT IS SO STIPULATED.

Respectfully submitted,

DATED: August 18, 2016      By:  */s/Anthony P. Capozzi*
                                 ANTHONY P. CAPOZZI
                                 Attorney for Defendant OMAR LOPEZ

DATED: August 18, 2016      By:  */s/Kimberly A. Sanchez*
                                 KIMBERLY A. SANCHEZ
                                 Assistant United States Attorney

## ORDER

For the reasons set forth above, the Defendant shall be permitted to attend his daughter's birthday party on **Saturday, August 20, 2016, from 1:00 p.m. to 8:00 p.m.** All other conditions shall remain in effect.

**IT IS SO ORDERED**.

DATED: 8/19/2016      By:  /s/ Lawrence J. O'Neill
                           HON. LAWRENCE J. O'NEILL
                           United States District Court Judge