1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  | UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-170 LJO |
    |---|---|
12  | Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AS TO OMAR LOPEZ AND SET CHANGE OF PLEA HEARING |
13  | v. | |
14  | OMAR LOPEZ, | |
15  | Defendant. | |

16

17       IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney

18  and Kimberly A. Sanchez, Assistant U.S. Attorney and Anthony Capozzi, attorney for the defendant, that a

19  trial setting/status conference scheduled for August 22, 2016 at 8:30 am before the Honorable Lawrence J.

20  O'Neill, Chief U.S. District Judge be vacated only as to Omar Lopez and a change of plea hearing be set for

21  August 29, 2016 at 8:30 a.m. The reason for the request is because the defense counsel is not available on

22  August 22, 2016.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

   Stipulation                                1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: August 18, 2016                                       Respectfully submitted,

                                                             PHILLIP A. TALBERT
                                                             Acting United States Attorney

                                                    By       /s/ Kimberly A. Sanchez
                                                             KIMBERLY A. SANCHEZ
                                                             Assistant U.S. Attorney

Dated: August 18, 2016                                       /s/ Anthony Capozzi
                                                             ANTHONY CAPOZZI
                                                             Attorney for Defendant

IT IS SO ORDERED.

Dated:   **August 22, 2016**                _____/s/ Lawrence J. O'Neill_____
                                            UNITED STATES CHIEF DISTRICT JUDGE

Stipulation                                         2