**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
OMAR LOPEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>OMAR LOPEZ,<br><br>             Defendant. | Case No.: 1:15-CR-00170-LJO<br><br>**STIPULATION AND ORDER TO ATTEND WIFE'S COLLEGE GRADUATION** |

It is hereby stipulated between by the United States of America, by and through its representative, Kimberly A. Sanchez and the Defendant, Omar Lopez, by and through his attorney of record, Anthony P. Capozzi that:

1.  The Defendant be allowed to attend his wife's graduation from the University of Phoenix at the Arco Arena in Sacramento from 9:30 a.m. to 9:00 p.m. on Saturday, September 24, 2016.

2.  The Defendant will be leaving his home to travel 6.5 miles or 20 minutes to the Arco Arena at 9:30 a.m. The Graduation Ceremony begins at 11:00 a.m., but due to the number of graduates and attendees, arrival time is between 10:00 a.m. and 11:00 a.m.  The ceremony is expected to last approximately four hours.  After the conclusion of the ceremony pictures will be taken of the graduates and their family in and around the Arco Arena.

3. The Defendant will be attending the graduation with his mother-in-law and daughter. Immediately following the ceremony and pictures a celebratory dinner will be held at the Red Lobster in Citrus Heights which is approximately 17 miles from the Arco Arena.

4. The United States Attorney's Office and Pre-trial Services is not opposed to this request.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: September 23, 2016    By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant OMAR LOPEZ

DATED: September 23, 2016    By: */s/Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney

### ORDER

For the reasons set forth above, the Defendant shall be permitted to attend his wife's graduation and celebratory dinner on **Saturday, September 24, 2016, from 9:30 a.m. to 9:00 p.m.** All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: **September 23, 2016**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE