**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
OMAR LOPEZ

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00170-LJO-SKO (004) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| OMAR LOPEZ, | |
| Defendant. | |

It is hereby stipulated between the United States of America, by and through its representative, Kimberly A. Sanchez and the Defendant, Omar Lopez, by and through his attorney of record, Anthony P. Capozzi that release condition #7(c) imposed on Mr. Lopez on May 2, 2016 (docket # 47), which required home detention be modified as follows:

> 7(c)  CURFEW: You shall remain inside your residence every day from 10:00 p.m. to 5:00 a.m., or as adjusted by the pretrial services officer for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; child car obligations; or other activities pre-approved by the pretrial services officer.

All other conditions shall remain in full force and effect.

Pretrial services has spoken with defense counsel and they do not have an objection to this modification.

IT IS SO STIPULATED.

                                                Respectfully submitted,

DATED:   November 2, 2016   By:   */s/Anthony P. Capozzi*
                                                        ANTHONY P. CAPOZZI
                                                        Attorney for Defendant OMAR LOPEZ

DATED:   November 2, 2016   By:   */s/Kimberly A. Sanchez*
                                                        KIMBERLY A. SANCHEZ
                                                        Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED, the court having received, read, and considered the parties' stipulation, that release condition 7(c) imposed on Mr. Lopez on May 2, 2016 (docket #47), which required home detention is modified as follows:

> *7(c)   CURFEW: You shall remain inside your residence every day from 10:00 p.m. to 5:00 a.m., or as adjusted by the pretrial services officer for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; child car obligations; or other activities pre-approved by the pretrial services officer.*

All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated:   **November 2, 2016**                             /s/ Barbara A. McAuliffe
                                                                            UNITED STATES MAGISTRATE JUDGE