**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
OMAR LOPEZ

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00170-LJO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| OMAR LOPEZ, | Date: November 21, 2016 |
| Defendant. | Time: 1:30 p.m. |
| | Dept.: 4 |

Defendant, OMAR LOPEZ and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Kimberly Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 21, 2016, at 1:30 p.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **January 23, 2017, at 1:30 p.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

    a. The Defendant pled guilty on August 29, 2016.

    b. The Government does not object to this continuance.

///

IT IS SO STIPULATED.

                                        Respectfully submitted,

DATED:   November 16, 2016   By:   */s/Anthony P. Capozzi*
                                                    ANTHONY P. CAPOZZI
                                                    Attorney for Defendant OMAR LOPEZ

DATED:   November 16, 2016   By:   */s/Kimberly A. Sanchez*
                                                    KIMBERLY A. SANCHEZ
                                                   Assistant United States Attorney

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for November 21, 2016, at 1:30 p.m. is continued to **January 23, 2017, at 1:30 p.m.**

IT IS SO ORDERED.

    Dated:   **November 16, 2016**       **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES CHIEF DISTRICT JUDGE