1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   DANIEL GRIFFIN
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA  93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                1:15-CR-00170-LJO-SKO

12                      Plaintiff,           PRELIMINARY ORDER OF FORFEITURE

13              v.

14  OMAR LOPEZ,

15                      Defendant.

16

17      Based upon the entry of a guilty plea by defendant Omar Lopez and his agreement entered on the

18  record to waive his interest in the below-described property, it is hereby ORDERED, ADJUDGED, AND

19  DECREED as follows:

20      1.      Pursuant to 21 U.S.C. Section 853(a), defendant Omar Lopez' interest in the following

21  property shall be condemned and forfeited to the United States of America, to be disposed of according

22  to law:

23              a.      Approximately $15,913.00 in U.S. Currency.

24      2.      The above-listed property constitutes or is derived from any proceeds obtained by the

25  defendant, directly or indirectly, and is property used, intended to be used, in any manner or part, to

26  commit, or to facilitate the commission of, or was in a conspiracy to commit, a violation of 21 U.S.C. §§

27  846 and 841(a)(1).

28      3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize

                                             1

the above-listed property.  The aforementioned property shall be seized and held by the United States Marshal Service, in its secure custody and control.

4.    a.    Pursuant to 21 U.S.C. Section 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.  21 U.S.C. § 853(n)(2).

5.    The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

6.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. Section 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:    **January 10, 2017**         **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE

2

Preliminary Order of Forfeiture