**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
OMAR LOPEZ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OMAR LOPEZ,<br><br>　　　　　Defendant. | Case No.: 1:15-CR-00170-LJO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF RELEASE** |

　　　It is hereby stipulated between the United States of America, by and through its representative, Kimberly A. Sanchez and the Defendant, Omar Lopez, by and through his attorney of record, Anthony P. Capozzi that release condition #7(c) imposed on Mr. Lopez as modified by court order on November 2, 2016 (docket # 79), which required participation in the Location Monitoring program with a curfew be modified to show that Mr. Lopez is no longer required to participate in the Location Monitoring program with a radio transmitter attached to his person.

　　　All other conditions shall remain in full force and effect.

　　　Pretrial services has spoken with defense counsel and they do not have an objection to this modification.

///

IT IS SO STIPULATED.

                                                     Respectfully submitted,

DATED: January 27, 2017    By: */s/Anthony P. Capozzi*
                                                    ANTHONY P. CAPOZZI
                                                    Attorney for Defendant OMAR LOPEZ

DATED: January 27, 2017    By: */s/Kimberly A. Sanchez*
                                                    KIMBERLY A. SANCHEZ
                                                   Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED, the court having received, read, and considered the parties' stipulation, that release condition 7(c) imposed on Mr. Lopez as modified on November 2, 2016 (docket #79), which required participation in the Location Monitoring program with a curfew is modified to show that Mr. Lopez is no longer required to participate in the Location Monitoring program with a radio transmitter attached to his person.

All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: **January 30, 2017**                 /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE