PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
DANIEL GRIFFIN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:15-CR-00170-LJO-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| OMAR LOPEZ, | |
| Defendant. | |

WHEREAS, on January 10, 2017, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853, based upon the entry of Omar Lopez' guilty plea, his agreement to forfeit to the United States the following property:

   a.   Approximately $15,913.00 in U.S. Currency.

AND WHEREAS, beginning on January 12, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that the United States sent direct written notice to Donnell Mays, and Eric K. Fogderude, criminal defense counsel for Donnell Mays;

///

1  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject
2  property and the time for any person or entity to file a claim has expired;

3  Accordingly, it is hereby ORDERED and ADJUDGED:

4  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all
5  right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of
6  according to law, including all right, title, and interest of Omar Lopez and Donnell Mays.

7  2. All right, title, and interest in the above-listed property shall vest solely in the name of the
8  United States of America.

9  3. The United States Marshals Service shall maintain custody of and control over the subject
10 property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **March 16, 2017**              /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE

2

Final Order of Forfeiture